1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:15-cv-01087---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | NOVEMBER 4, 2015 DEADLINE |
| BEAL PROPERTIES, INC., et al., | |
| Defendants. | |

On October 5, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents on or before November 4, 2015.

IT IS SO ORDERED.

Dated:   **October 6, 2015**

UNITED STATES MAGISTRATE JUDGE