1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOSE ESCOBEDO,                          ) No. 1:15-cv-01087-SAB
                                            )
12 |        Plaintiff,                      ) **STIPULATION FOR DISMISSAL OF**
                                            ) **ACTION; ORDER**
13 |    vs.                                 )
                                            )
14 | BEAL PROPERTIES, INC., et al.,         )
                                            )
15 |                                        )
            Defendants.                     )
16 |                                        )
                                            )
17 |_____)

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Beal Properties, Inc.; Balwinder Kaur Kahlon dba Johnny Quik #111; Karanbaljit Kahlon dba Johnny Quik #111; Bikramjir Kahlon dba Johnny Quik #111; and Narinder Kahlon dba Johnny Quik #111, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 13, 2015            MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Jose Escobedo

Dated: October 13, 2015            WILD, CARTER & TIPTON


                                   */s/ Patrick J. Gorman*
                                   Patrick J. Gorman
                                   Attorneys for Defendant,
                                   Beal Properties, Inc.

Dated: October 13, 2015            McCormick, Barstow, Sheppard,
                                   Wayte & Carruth


                                   */s/ David R. McNamara*
                                   David R. McNamara
                                   Attorneys for Defendants,
                                   Balwinder Kaur Kahlon dba Johnny
                                   Quik #111; Karanbaljit Kahlon dba Johnny
                                   Quik #111; Bikramjir Kahlon dba Johnny
                                   Quik #111; and Narinder Kahlon dba
                                   Johnny Quik #111

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: __October 13, 2015__

_____
UNITED STATES MAGISTRATE JUDGE